# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Rajean Renee Reeder<br><br>Debtor(s) | Case No.:21−30462−crm<br><br>Chapter: 7<br>Judge: Charles R. Merrill |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion for Relief from Stay and Abandonment regarding 2020 Hyundai Elantra – VIN KMHD84LF4LU994677 Fee Amount $188.. Filed by Creditor Consumer Portfolio Services, Inc.. Objections due by 05/12/2021. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Filed Proof of Claim # 2 Proposed Order) (Simons, Molly) Modified on 4/29/2021 (Weber, S).

Dated: 4/29/21

| | |
|---|---|
| By:<br>Deputy Clerk | FOR THE COURT<br>Elizabeth H. Parks<br>Clerk, U.S. Bankruptcy Court |